THE WESTERN UNION TELEGRAPH COMPANY, Respondent,
v. GUY M. GEST, Appellant.

*Western Union Tel. Co.* v. *Gest,* 183 App. Div. 548, affirmed.

(Argued March 19, 1920; decided April 13, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 31, 1918, reversing a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury and granting a new trial. The action was to recover the amount of a judgment recovered against the plaintiff by the city of Louisville. The theory of the action was that the recovery in the state of Kentucky against the plaintiff was for negligence in the execution of work authorized by a permit issued by the department of public works of the city of Louisville to the plaintiff on the 8th day of November, 1917, for laying conduits and· laterals and the construction of manholes and service boxes on Fourth street, from Main street to Broadway, in said city, which was performed by the defendant under a contract with the plaintiff, and that the plaintiff was obligated to indemnify and save the city harmless from any and all damages

arising from the doing of the work or the occupancy of the street, alley or sidewalk, or the storing of materials, or for failure properly to light all obstructions at night, and that the defendant was under like obligation to the plaintiff.

*Walter L. Glenney* and *Bertrand L. Pettigrew* for appellant.

*Francis Raymond Stark, Joseph L. Egan* and *George H. Fearons* for respondent.

Order affirmed and judgment absolute ordered against the appellant on the stipulation, with costs in all courts; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, HOGAN, POUND, McLAUGHLIN, ANDREWS and ELKUS, JJ.